1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LUIS DOMINGUEZ-CRUZ,

11          Plaintiff,                          No. CIV S-04-1903 MCE DAD P

12      vs.

13   ROACH, et al.,

14          Defendants.                ORDER

15   _____/

16          Plaintiff has filed a document entitled "Plaintiff's First Set Of Interrogatories To

17   Defendants."  Plaintiff is informed that court permission is not necessary for discovery requests

18   and that neither discovery requests served on an opposing party nor that party's responses should

19   be filed until such time as a party becomes dissatisfied with a response and seeks relief from the

20   court pursuant to the Federal Rules of Civil Procedure.  Discovery requests between the parties

21   shall not be filed with the court unless, and until, they are at issue.

22          Accordingly, IT IS HEREBY ORDERED that plaintiff's May 1, 2006 First Set of

23   Interrogatories To Defendants will be placed in the court file and disregarded.  Plaintiff is

24   cautioned that further filing of discovery requests or responses, except as required by rule of

25   /////

26   /////

1

1    court, may result in an order of sanctions, including, but not limited to, a recommendation that

2    this action be dismissed.

3    DATED: May 10, 2006.

4

5    _____

     DALE A. DROZD

6    UNITED STATES MAGISTRATE JUDGE

7    DAD:4
     domin1903.411

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2