IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS DOMINGUEZ-CRUZ,                    No. 2:04-cv-1903-MCE-DAD-P

     Plaintiff,

  v.                                    ORDER

ROACH, et al.,

     Defendants.
_____/

    On December 13, 2005, the Magistrate Judge issued an Order Denying the Plaintiff's September 1, 2005 Request for the Appointment of Counsel.  On May 1, 2006, Plaintiff filed a Request for Reconsideration of that Order.  Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties."  E.D. Local Rule 72-303(b).  Plaintiff's Request for Reconsideration of the Magistrate Judge's Order of December 13, 2005 is therefore untimely.

///

1    Accordingly, IT IS HEREBY ORDERED that Plaintiff's May 1,
2 2006 Request for Reconsideration is denied.
3 DATED: May 18, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE