IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS DOMINGUEZ-CRUZ,

    Plaintiff,                   No. CIV S-04-1903 MCE DAD P

    vs.

ROACH, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On September 21, 2006, the court issued a scheduling order. There are no other motions currently pending. Before the court is plaintiff's request for a 30-day extension of time to "file an informal brief." It is not clear what deadline plaintiff seeks to have extended.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's December 14, 2006 request for an extension of time is denied without prejudice.

DATED: December 20, 2006.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
domi1903.den