IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS DOMINGUEZ-CRUZ,

    Plaintiff,                        No. CIV S-04-1903 MCE DAD P

    vs.

ROACH, et al.,

    Defendants.             ORDER

_____/

        Plaintiff has filed the following discovery documents with the court: a first set of interrogatories directed to defendant Dial, a second set of requests for the production of documents directed to defendant Dial; a first set of interrogatories directed to defendant Pomazal, and a second set of requests for production of documents directed to defendant Pomazal. Plaintiff is informed that it is not necessary to seek court permission for serving discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed with the court unless and until a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's discovery documents filed on January 29, 2007 will be placed in the court file and disregarded. Plaintiff is cautioned that further filing of discovery requests or responses, except as required by rule of

1  court, may result in an order of sanctions, including, but not limited to, a recommendation that
2  this action be dismissed.
3  DATED: February 26, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7  DAD:mp/4
   domi1903.411