IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS DOMINGUEZ-CRUZ,

      Plaintiff,                      No. CIV S-04-1903 MCE DAD P

    vs.

ROACH, et al.,

      Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  In light of defendants' pending motion for summary judgment, the court will vacate the dates for the filing of pretrial statements, pretrial conference and trial.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The scheduling order, filed on September 21, 2006, is modified as follows:

          a. The filing of pretrial statements by plaintiff on June 15, 2007 and by defendants on June 29, 2007, is vacated;

          b. Pretrial conference set for July 6, 2007, is vacated;

          c. Jury trial set for September 26, 2007 before the Honorable Morrison C. England, Jr. is vacated;

/////

1

2. The court will reset new dates as appropriate following disposition of the pending motion for summary judgment.

DATED: June 26, 2007.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
domi1903.vac