IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS DOMINGUEZ-CRUZ,

      Plaintiff,                    No. CIV S-04-1903 MCE DAD P

    vs.

ROACH, et al.,

      Defendants.         <u>ORDER</u>

_____/

        Plaintiff has filed a document styled, "Objections To Magistrate Judge's Findings And Recommendations." Rather than setting forth his objections, however, plaintiff instead requests that the court grant him thirty days from the date of his request to file his objections. The court will grant the requested extension. However, plaintiff is advised that the purpose of the objections is merely to inform the court of "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(C). An extensive legal brief is not necessary. Therefore, no further extensions will be granted for this purpose.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 4, 2008 document styled, "Objections To Magistrate Judge's Findings And Recommendations," which is construed as a request for an extension of time, is granted; and

1

1          2.  Plaintiff shall file his objections to the findings and recommendations on or
2  before March 4, 2008.  No further extensions will be granted for this purpose.
3  DATED: February 13, 2008.

                                        */s/ Dale A. Drozd*
                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

DAD:4
domi1903.36obj